# EXHIBIT  #4

 **Lilith Fund** @lilithfund · Feb 21
Help us raise $20k for Texans who need abortions this #AmplifyATX!

It's been 174 days of an extreme abortion ban but that's why we are now frequently covering the entire procedure cost for our clients and serving nearly every client who calls.



💬 2    🔁 20    ♡ 32    ⬆️

 **@ThomasMoreSoc** @ThomasMoreSoc · Feb 21
@lilithfund donors could get sued under SB 8:
thomasmoresociety.org/abortion-funds...

💬 7    🔁 3    ♡ 1    ⬆️

 **Lilith Fund** @lilithfund · Feb 22
Yeah we think you're wrong. Worry about yourself and we'll keep funding abortions and supporting Texans 📊



💬    🔁 1    ♡ 20    ⬆️