# EXHIBIT #5

3/31/22, 11:16 AM (4) @ThomasMoreSoc on Twitter: "It is illegal to donate to #abortion funds that pay for abortions performed in #Texas. Violators …

