# EXHIBIT  #6

**TEXAS HOUSE of REPRESENTATIVES**

Briscoe Cain
District 128

CHAIR, HOUSE COMMITTEE on ELECTIONS
MEMBER, HOUSE COMMITTEE on BUSINESS & INDUSTRY

For Immediate Release
March 18, 2021

## State Representative Briscoe Cain Sends Cease-And-Desist Letters to Abortion Funds in Texas

Texas abortion funds must immediately stop paying for abortions performed in Texas or face criminal prosecution, according to a cease-and-desist letter sent by a Chairman of the Texas House of Representatives.

Representative Briscoe Cain (R - Deer Park) has sent cease-and-desist letters to every abortion fund in Texas, reminding them that Texas law imposes felony criminal liability on any person who "furnishes the means for procuring an abortion knowing the purpose intended." Violations are punishable by two to five years imprisonment, and the statute of limitations is three years. Cain warned that the employees, volunteers, and donors of abortion funds will be criminally prosecuted if they do not immediately halt their illegal acts and stop paying for abortions performed in Texas.

"These are criminal organizations," said Cain. "It is a crime to pay for another person's abortion in Texas, and anyone who gives money to these abortion funds will be prosecuted."

Cain said he would introduce legislation next session that will empower district attorneys from throughout the state to prosecute violations of the state's abortion laws when the local district attorney fails or refuses to do so. This will ensure that abortion providers and funds are prosecuted for their crimes even when they reside in counties where the local district attorney refuses to enforce the state's abortion laws. Cain's bill will also eliminate the three-years statute of limitations that currently applies to abortion-related crimes.

"Abortion funds think they can flout the law because a local district attorney refuses to bring charges," said Cain. "We will fix this problem next session. Anyone involved with these abortion funds will be held accountable for their crimes."

###