# EXHIBIT #8

# Twitter

- Home
- Explore
- Notifications (3)
- Messages (1)
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Tweet

Search Twitter

**Briscoe Cain** ✓
@BriscoeCain

#ProsecuteTexasAbortionFunds

5:56 PM · Mar 30, 2022 from Texas, USA · Twitter for iPhone

**4** Retweets  **16** Quote Tweets  **24** Likes

Tweet your reply — Reply

**puddin n tain** @Goodtrouble79 · 12h
Replying to @BriscoeCain
See you soon 😊
1   1

**Ponygirl923** @ponygirl923 · 14h
Replying to @BriscoeCain
Texas woman here. Telling you...



GIF ALT ...oh, f**k off!

1   9

**mel (she/her)** @melissa__w · 15h
Replying to @BriscoeCain
You mean #ProtectTexasAbortionFunds bc if so then yasss 👏 #ProtectALLAbortionFunds
1   1   14

Show more replies

**More Tweets**

**Greg Abbott** ✓ @GregAbbott_TX · 22h
🗳 Governor candidate, TX

Great progress is being made building the Texas border wall.

We continue getting easements on land along the border where more wall will be added.

This is in addition to the 10,000 National Guard + the Texas Dept. of Public Safety making arrests and laying down razor wire.

**Relevant people**

**Briscoe Cain** ✓
@BriscoeCain
TX State Represent... #txlege • Father of ... • Christ follower • F... Liberty lover • camp... FIRST •

**What's happening**

War in Ukraine · LIVE
Ukrainian government send... buses to evacuate civilians... Mariupol after Russia agree... open a humanitarian corrid...

#GirlFromPlainville
Now Streaming on Hulu
🎬 Promoted by The Girl From Pla...

**RSVP Magaz...** ✓ · March 3
Jada Pinkett Smith breaks silence after husband Will slapped Chris Rock followi... alopecia joke

Sports · Trending
**Floyd**
18.5K Tweets

Politics · Trending
**#TrumpCoverUp**
60.9K Tweets

Show more

Messages


**JoyceW**
@joyce_GMH