AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WENDY DAVIS; MARVA SADLER; et al<br>*Plaintiff*<br>v.<br>MISTIE SHARP; SADIE WELDON; et al<br>*Defendant* | )<br>)<br>) Case No. 1:22-cv-00373-RP<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WENDY DAVIS; MARVA SADLER; SEAN MEHL; and STIGMA RELIEF FUND

Date: 04/26/2022

*Attorney's signature*

Dorian Vandenberg-Rodes
*Printed name and bar number*

Texas Bar No. 24002953
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
*Address*

drodes@eeoc.neet
*E-mail address*

(713) 621-2277
*Telephone number*

(713) 621-0993
*FAX number*