UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Wendy Davis, Marva Sadler, Sean Mehl, Stigma Relief Fund<br><br>vs.<br><br>Mistie Sharp, Sadie Weldon, Ashley Maxwell, Briscoe Rowell Cain III | § § § § § § NO:   AU:22-CV-00373-RP |

## ORDER

IT IS ORDERED that Defendants shall respond to the motion for summary judgment on or before June 10, 2022.

**SIGNED** on 27th day of May, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE