## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| WENDY DAVIS; SEAN MEHL; MARVA SADLER; and STIGMA RELIEF FUND, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| MISTIE SHARP; SADIE WELDON; ASHLEY MAXWELL; and BRISCOE ROSWELL CAIN III, | ) ) ) |
| *Defendants*. | ) |

CIVIL ACTION

CASE NO. 1:22-CV-00373-RP

**PLAINTIFFS' NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby withdraw without prejudice their Motion for Summary Judgment (ECF No 24) given the change in law that will occur when the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, 2022 WL 2276808 (U.S. June 24, 2022), takes effect on July 19, 2022, pursuant to Supreme Court Rule 45(3). Plaintiffs intend to seek leave to amend the Complaint in light of the *Dobbs* decision by July 25, 2022, unless this Court directs otherwise.

Dated: July 12, 2022

Respectfully submitted,

*/s/ Rupali Sharma*

| | |
|---|---|
| Stephanie Toti<br>New York Bar No. 4270807<br>Juanluis Rodriguez*<br>New York Bar No. 5543194<br>Sneha Shah*<br>New York Bar No. 5345491<br>Hilarie M. Meyers*<br>New York Bar No. 5944996<br>LAWYERING PROJECT<br>41 Schermerhorn Street, No. 1056<br>Brooklyn, NY 11201<br>Phone: (646) 490-1083<br>Fax: (646) 480-8622<br>prodriguez@lawyeringproject.org<br>stoti@lawyeringproject.org<br>sshah@lawyeringproject.org<br>hmeyers@lawyeringproject.org | Dorian Vandenberg-Rodes<br>Texas Bar No. 24088573<br>SHELLIST LAZARZ SLOBIN LLP<br>11 Greenway Plaza, Suite 1515<br>Houston, TX 77046<br>Phone: (713) 621-2277<br>Fax: (713) 621-0993<br>drodes@eeoc.net |
| Rupali Sharma*<br>Maine Bar No. 006192<br>LAWYERING PROJECT<br>113 Bonnybriar Road<br>South Portland, ME 04106<br>Phone: (908) 930-6645<br>Fax: (646) 480-8622<br>rsharma@lawyeringproject.org | Tanya Pellegrini*<br>LAWYERING PROJECT<br>California Bar No. 285186<br>584 Castro Street, No. 2062<br>San Francisco, CA 94114<br>Phone: (646) 480-8973<br>Fax: (646) 480-8622<br>tpellegrini@lawyeringproject.org |

Melissa C. Shube
District of Columbia Bar No. 241034
LAWYERING PROJECT
712 H Street NE, Suite 1616
Washington, DC 20002
Phone: (646) 480-8942
Fax: (646) 480-8622
mshube@lawyeringproject.org

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

>  */s/ Rupali Sharma*
>  Rupali Sharma