IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-373-RP |
| MISTIE SHARP, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

For good cause shown, and in light of Plaintiffs' amended complaint, (Dkt. 62), **IT IS ORDERED** that Defendant Briscoe Cain's Motion to Dismiss, (Dkt. 64), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against defendant Briscoe Cain are **DISMISSED** without prejudice.

**SIGNED** on February 15, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE