IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WENDY DAVIS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:22-CV-373-RP |
| | § | |
| MISTIE SHARP, et al., | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

On February 16, 2023, the Court entered an order granting Defendants' motion to dismiss and dismissing Plaintiffs' claims for lack of subject matter jurisdiction. (Dkt. 83). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that all pending motions on this case are **MOOT.**

**SIGNED** on February 16, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE